| U S DISTRICT | Court | SOUTHERN | District | INDEX # | 08 CV 5397 |

JANE DOE

Plaintiff

LIBERTY MUTUAL INSURANCE CO., LIBERTY INSURANCE UNDERWRITERS, INC. and OSIRIS VARGAS,

Defendant

# AFFIDAVIT OF SERVICE

KINGS County, Sate of: NEW YORK          CALVIN D NELSON being sworn, says: Deponent is not a party herein; is over the age of 18 years and resides in the State of 178 LEFFERTS PL. BKLYN, NY

On: 20-Jun-08   at 8:00PM am/pm at: 2780 KINGSBRIDGE TERRACE, APT 6C BRONX, NY 10463

Deponent served the within SUMMONS IN CIVIL ACTION W/ COMPLAINT

On: OSIRIS VARGAS   (herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[X] **Suitable Age person** — by delivering thereat a true copy of each to (SISTER) MATALINE VARGAS a person of suitable age and discretion. Said premises is defendants [X] Actual Place of Residence [ ] Actual Place of Business within the State

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there ON 6/18/08 AT 6:45PM ON 6/19/08 AT 7:20AM AND ON 6/20/08 AT 8:00PM

[ ] **Corporation or Partnership** — by delivering thereat a true copy of each to GAIL (RECEPTIONIST) personally. Deponent knew said corporation / partnership so served to be the corporation/partnership described in said aforementioned document as said defendant and knew said individual to be _____ thereof.

[X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [ ] Actual Place of Business, at ON 6/21/08 MAILED COPIES CERTIFIED AND FIRST CLASS
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [ ] Male | [X] white skin | [X] black hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [X] Female | [ ] black skin | [ ] brown hair | [X] 21-35 Yrs | [X] 5'0"-5'3" | [ ] 100-130 Lbs |
| | [ ] yellow skin | [ ] gray hair | [ ] 36-50 Yrs | [ ] 5'4"-5'8" | [ ] 131-160 Lbs |
| | [ ] brown skin | [ ] blonde hair | [ ] 51-65 Yrs | [ ] 5'9"-6'0" | [X] 161-200 Lbs |
| | [ ] red skin | [ ] red hair | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other Identifying Features: _____

[ ] **Military Service** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on June 23, 2008

Galina Feldman
Notary Public, State of New York
Registration #01FE6051186
Qualified in Kings County
Commission Expires Nov. 20, 2010

CALVIN D NELSON
1134000

## CERTIFICATE OF SERVICE

I, Paul P. Rooney, Esq., attorney for Plaintiff, hereby certify that on June 25, 2008, I caused the annexed AFFIDAVIT OF SERVICE to be served by United States Mail First Class upon the following Defendants' counsel and Defendant *pro se*:

>Lois C. Schlissel, Esq.
>Meyer, Suozzi, English & Klein, P.C.
>990 Stewart Avenue, Suite 300
>P.O. Box 9194
>Garden City, NY 11530-9194
>*Attorney for Defendants Liberty Mutual Insurance Company and Liberty Insurance Underwriters, Inc.* (By ECF Filing)
>
>Mr. Osiris Vargas
>Apartment 6C
>2780 KingsbridgeTerrace
>Bronx, New York 10463
>*Defendant Pro Se* (By First Class Mail)

Dated: June 25, 2008
   New York, New York

_____
Paul P. Rooney, Esq.